UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chung Vue Xiong and Judy Thao, | Civil No. 13-3128 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| PHH Mortgage Corporation; Mortgage Electronic Registration System, Inc.; MERSCORP, Inc., and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 4, 2014 (Doc. No. 15). No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Janie S. Mayeron's June 4, 2014 Report and Recommendation (Doc. No. [15]) is **ADOPTED**.

2. Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. No. [4]) is **GRANTED**.

3. This action is **DISMISSED WITH PREJUDICE**.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 26, 2014           s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge